USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 7/14/2026

Tressler LLP

Kiera Fitzpatrick
646-833-0878
kfitzpatrick@tresslerllp.com

Sarah Hertz Maisel
(312) 768-2281
smaisel@tresslerllp.com

Daniel R. Formeller
(312) 627-4007
dformeller@tresslerllp.com

www.tresslerllp.com

July 13, 2026

**VIA ECF**

Honorable Analisa Torres
U.S. District Court for the Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

RE: *Evanston Insurance Company v. Michelstein & Ashman, PLLC*
Case No.: 1:26-cv-03902-AT

Dear Judge Torres:

Plaintiff Evanston Insurance Company ("Evanston") respectfully submits this letter motion, with the consent of Defendant, Michelstein & Ashman, PLLC ("Michelstein & Ashman"), requesting (1) an extension of Michelstein & Ashman's time to answer or otherwise respond to the Complaint and (2) an extension of the deadline to submit the parties' proposed Case Management Plan and Scheduling Order.

The Parties have agreed, at Michelstein & Ashman's request, that Michelstein & Ashman shall have until August 10, 2026, to answer or otherwise respond to the Complaint. Michelstein & Ashman requested additional time to file it's responsive pleading so that it could retain counsel. Accordingly, the Parties respectfully request that the Court extend Michelstein & Ashman's deadline to answer or otherwise respond to the Complaint to August 10, 2026.

The Court's current deadline for submission of the proposed Case Management Plan and Scheduling Order is July 13, 2026. Michelstein & Ashman did not confirm that it was waiving service until July 9, 2026, when it provided the executed waiver of service. See attached Exhibit A. As a result, the parties have not had sufficient time to confer regarding the proposed scheduling order. Accordingly, Evanston respectfully requests that the deadline to submit the proposed Case Management Plan and Scheduling Order be extended to August 14, 2026.

This is the Parties' first request for these extensions. These requests are made in good faith, with Defendant's consent, and not for purposes of delay. No other deadlines set by the Court will be affected by the requested relief.

The Parties appreciate the Court's consideration of this request.

Respectfully submitted,

Sarah Hertz Maisel

GRANTED. By **August 10, 2026**, Defendant shall answer or otherwise respond to the complaint. By **August 14, 2026**, the parties shall file their joint letter and case management plan.

SO ORDERED.

Dated: July 14, 2026
New York, New York

ANALISA TORRES
United States District Judge